# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

JAN 1 7 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> IDELFONSO GREEN-LOPEZ, <br><br> Defendant - Appellant. | No. 05-30310 <br><br> D.C. No. CR-03-00171-JKS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

**RECEIVED**

JAN 2 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

All pending motions are denied as moot.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 1 7 2006

by: _____
Deputy Clerk

S:\MOATT\Clrkords\01.06\nw\05-30310v.wpd